# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00705-CV

**In re Jack H. Carr**

### ORIGINAL PROCEEDING FROM HAYS COUNTY

## M E M O R A N D U M   O P I N I O N

Jack H. Carr has filed a petition for writ of mandamus with accompanying request for emergency relief. This Court previously stayed the underlying proceedings and execution of any writ of possession that may have issued, pending a response to Carr's petition by the real party in interest.[1] Having considered Carr's petition and the response filed by the real party in interest, we lift the stay and deny Carr's petition for writ of mandamus.[2]

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Field

Filed: November 18, 2014

---

[1] *See In Re Carr*, No. 03-14-00705-CV (Tex. App.—Austin Nov. 7, 2014, order) (per curiam) (orig. proceeding), *available at* http://www.txcourts.gov/3rdcoa.

[2] *See* Tex R. App. P. 52.8(a).